**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 301 WAL 2021

            Respondent                  :

                                         :    Petition for Allowance of Appeal

                                         :    from the Order of the Superior Court

            v.                               :

                                         :

COREY BRANDON PHILLIPS,            :

                                         :

            Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 16th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.